WHITACRE-GREER FIREPROOFING COMPANY, APPELLEE, *v.*
M. P. O'CONNOR COMPANY, APPELLANT.

[Cite as Whitacre-Greer Fireproofing Co. *v.* M. P. O'Connor Co. (1988),
39 Ohio St. 3d 195.]

(No. 87-63—Submitted September 20, 1988—Decided October 26, 1988.)

*Gerald L. Baker,* for appellee.
*Vogelgesang, Howes, Lindamood & Brunn* and *Philip E. Howes,* for appellant.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

THORP DISCOUNT, INC. *v.* FEDERAL LAND BANK OF LOUISVILLE, APPELLANT;
FUHRER ET AL., APPELLEES.

[Cite as Thorp Discount, Inc. *v.* Federal Land Bank of Louisville (1988),
39 Ohio St. 3d 195.]

(No. 87-682—Submitted September 20, 1988—Decided November 2, 1988.)

*Damian J. Vercillo,* for appellant.
*Larry L. Inscore,* for appellees.

The judgment of the court of appeals is reversed on authority of *Walker* v. *Doup* (1988), 36 Ohio St. 3d 229, 522 N.E. 2d 1072, and the cause is remanded to that court for further proceedings.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.